CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 9 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

FRANKIE JAE LORDMASTER,  )     Civil Action No. 7:15-cv-00511
    Plaintiff,  )

v.  )     **ORDER**

E. BARKSDALE, <u>et al.</u>,  )     By:   **Hon. Michael F. Urbanski**
    Defendants.  )            **United States District Judge**

Frankie Jae Lordmaster, a Virginia inmate proceeding <u>pro se</u>, commenced this action pursuant to 42 U.S.C. § 1983 and requested leave to proceed <u>in forma pauperis</u>. On September 30, 2015, the court conditionally filed the action and ordered Plaintiff to properly document his <u>in forma pauperis</u> application, pursuant to 28 U.S.C. § 1915(a), within ten days. By Memorandum Opinion and Order entered on December 1, 2015, the court dismissed the action without prejudice because Plaintiff failed to file the necessary financial information. Presently before the court is Plaintiff's motion for reconsideration, which documents his attempts to comply with the order. Finding it appropriate to do so, the motion for reconsideration is **GRANTED**, the Memorandum Opinion and Order entered on December 1, 2015, are **VACATED**, and this action **SHALL** be returned to the court's active docket. The Clerk shall send Plaintiff a copy of the order entered on September 30, 2015, and Plaintiff must comply with the order entered on September 30, 2015, within twenty days from this Order's entry.

It is so **ORDERED**.

**ENTER**: This _29_ day of April, 2016.

/s/ Michael F. Urbanski
    United States District Judge