CLERK'S OFFICE U.S. ... COURT
AT ROANOKE, VA
FILED

JUN 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANKIE JAE LORDMASTER, ) | Civil Action No. 7:15-cv-00511 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| E. BARKSDALE, et al., ) | By: | Hon. Michael F. Urbanski |
|     Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This ____ day of June, 2016.

/s/ Michael F. Urbanski
United States District Judge